# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| TYRONE LAMARK MILLER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:22-cv-00581-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| DEVONTE PETERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2024 Memorandum of Decision and Order.


May 15, 2024


_____

Katherine Hord Simon, Clerk
United States District Court